■ HASSAN BROWN, an Infant, by His Legal Guardian, BARBARA SPRINGER, Appellant, v CHURCH OF THE PRESENTATION OF THE BLESSED VIRGIN MARY IN THE VILLAGE OF JAMAICA, Respondent. [624 NYS2d 888] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (Friedmann, J.), dated May 11, 1993.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Friedmann at the Supreme Court. Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.